JEFFREY D. GOLDMAN (SBN 155589)
jgoldman@loeb.com
ROBERT J. CATALANO (SBN 240654)
rcatalano@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Tel: 310-282-2000/Fax: 310-282-2200

Attorneys for Plaintiff                                    JS-6

UNITED STATES DISTRICT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>BCD MUSIC GROUP, INC., a Texas corporation; and DOES 1-10, inclusive<br><br>Defendants. | Case No. CV 07-05808 SJO (FFMx)<br><br>Assigned to the Hon. S. James Otero<br><br>**JUDGMENT FOR COPYRIGHT INFRINGEMENT AND PERMANENT INJUNCTION** |

Based on the stipulation by and between plaintiff UMG Recordings, Inc., a Delaware corporation ("UMG"), and BCD Music Group, Inc., a Texas corporation ("BCD"), and for good cause appearing,

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. BCD infringed UMG's copyrights in the following forty-three (43) sound recordings (the "43 Sound Recordings"):

   1. "War with God" (Ludacris) from the album Release Therapy.
   2. "My House" (Lloyd Banks).
   3. "Over and Over" (Nelly) from the album Suit.
   4. "3 Kings" (Slim Thug).
   5. "Say I" (Christina Milian).
   6. "Bang Bang" (Young Buck), from the album Straight Outta Cashville.
   7. "Diamonds" (Fabolous).
   8. "Go Getta" (U.S.D.A.), from the album Young Jeezy Presents USDA: "Cold Summer" The Authorized Mixtape.
   9. "Party Like a Rockstar" (Shop Boyz), from the album Rockstar Mentality.
   10. "Fully Loaded Clip" (50 Cent), from the album Curtis.
   11. "Amusement Park" (50 Cent) from the album Curtis.
   12. "My Girl Gotta Girlfriend" (Ray).
   13. "Give It To Me (Laugh At Em) Remix" (Timbaland).
   14. "Wanksta" (50 Cent), from the album Get Rich or Die Tryin'.
   15. "Hustler's Ambition" (50 Cent), from the album Get Rich or Die Tryin' (music from the motion picture).
   16. "Window Shopper" (50 Cent), from the album Get Rich or Die Tryin' (music from the motion picture).
   17. "Talk About Me" (50 Cent), from the album Get Rich or Die Tryin' (music from the motion picture).
   18. "Like Dat" (Stat Quo).
   19. "Playboy" (Lloyd Banks), from the album The Hunger for More.
   20. "Grew Up a Screw Up" (Ludacris), from the album Release Therapy.

21. "Play" (David Banner).
22. "Ain't Got Nothin" (David Banner).
23. "Westside" (David Banner).
24. "Gangsta Walk" (David Banner), from the album Certified.
25. "On Everything" (David Banner), from the album Certified.
26. "Certified" (David Banner), from the album Certified.
27. "So Sexy" (Olivia).
28. "So Amazing" (50 Cent), from the album The Massacre.
29. "Jimmy Mathis" (Bubba Sparxxx), from the album Deliverance.
30. "Trap or Die" (Young Jeezy).
31. "Jesus Walks" (Kanye West), from the album The College Dropout.
32. "Welcome to the South" (Young Buck).
33. "Turn It Up" (Chamillionaire), from the album The Sound of Revenge.
34. "Talking That Talk" (Chamillionaire), from the album The Longest Yard (music from the motion picture).
35. "Touch It" (feat. Lloyd Banks, Mary J. Blige, Papoose, et al.) (Busta Rhymes), from the album Touch It Remixes.
36. "What It Is" (U.S.D.A.), from the album Young Jeezy Presents USDA: "Cold Summer" The Authorized Mixtape.
37. "I'm the Realest" (Young Jeezy), from the album The Inspiration.
38. "Grillz" (Nelly).
39. "Oh No" (Snoop Dogg (with 50 Cent)), from the album R&G (Rhythm & Gangsta) – The Masterpiece.
40. "Bang Out" (Snoop Dogg (with 50 Cent)), from the album R&G (Rhythm & Gangsta) – The Masterpiece.
41. "Like a Pimp" (David Banner).
42. "Bout It Bout III" (Cam'Ron Presents the Diplomats), from the album Diplomatic Immunity.
43. "Like a Pimp (Remix)" (David Banner), from the album MTA2: Baptized in Dirty Water

2. BCD's infringements of UMG's copyrights in the 43 Sound Recordings were willful within the meaning of 17 U.S.C. § 504.

3. For BCD's infringements of UMG's copyrights in the 43 Sound Recordings, UMG shall have and recover from BCD the total sum of Seven Million Two Hundred Thousand Dollars ($7,200,000.00), consisting of $6,450,000 in statutory damages for 43 counts of willful copyright infringement, and $750,000 in attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

4. BCD and its agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each and any of them, shall be and hereby are forever restrained and enjoined from directly or indirectly infringing in any manner the 43 Sound Recordings.

5. BCD has acknowledged and agreed, and the Court finds, that BCD has been represented by independent legal counsel of its own choice throughout all of the litigation and negotiations which preceded the entry of this Judgment for Copyright Infringement and Permanent Injunction and that BCD has consented to this Judgment for Copyright Infringement and Permanent Injunction with the consent and on the advice of such independent legal counsel.  BCD further has acknowledged and agreed that it and its counsel have had adequate opportunity to make whatever investigation or inquiry they may deem necessary or desirable in connection with the subject matter of this Judgment for Copyright Infringement and Permanent Injunction prior to the entry hereof and have nevertheless determined that it is in the best interests of BCD to stipulate to this Judgment for Copyright Infringement and Permanent Injunction and BCD has done so knowingly and voluntarily.

6. The Court is familiar with the record in this case and based thereon finds that the terms of this Judgment for Copyright Infringement and Permanent Injunction bear a reasonable relationship to the range of actual or statutory damages

and attorneys' fees and full costs that the parties could have anticipated would be awarded at and following the trial of this action, and represents fair compensation for the loss that UMG has sustained as a result of BCD's infringements of the 43 Sound Recordings.

7. BCD has been properly and validly served with the Summons and Complaint in this action, and is subject to the jurisdiction of this Court.

8. BCD irrevocably and fully waives notice of entry of the Judgment for Copyright Infringement and Permanent Injunction, and understands and agrees that violation of the Judgment for Copyright Infringement and Permanent Injunction will expose BCD to all penalties provided by law, including for contempt of Court.

9. BCD irrevocably and fully waives and relinquishes any and all right to appeal the Judgment for Copyright Infringement and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

10. Nothing contained in the Judgment for Copyright Infringement and Permanent Injunction shall limit the right of UMG to recover damages for any and all infringements by BCD that do not concern the 43 Sound Recordings.

11. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Judgment for Copyright Infringement and Permanent Injunction and the Parties' settlement agreement.

Dated:  January _26__, 2009         _____/S/ S. James Otero_____
                                                            The Honorable S. James Otero
                                                            United States District Judge

LA1837611.1
212374-10008

APPROVED AS TO FORM AND CONTENT:

_____
Jeffrey D. Goldman
Loeb & Loeb LLP
Attorneys for UMG


_____
Thomas Brackey
Freund & Brackey LLP
Attorneys for BC

LA1837611.1
212374-10008