# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>BCD MUSIC GROUP, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | NO. CV 07-05808 SJO (FFMx)<br><br>**AMENDED JUDGMENT FOR COPYRIGHT INFRINGEMENT AND PERMANENT INJUNCTION** |

Based on the stipulation by and between Plaintiff UMG Recordings, Inc., a Delaware corporation ("UMG"), and Defendant BCD Music Group, Inc., a Texas corporation ("BCD"), the Court's Minute Order dated February 25, 2011 [Docket No. 303], and for good cause appearing,

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1.  BCD infringed UMG's copyrights in the following forty-three (43) sound recordings (the "43 Sound Recordings"):

    1.  "War with God" (Ludacris) from the album Release Therapy.

2. "My House" (Lloyd Banks).
3. "Over and Over" (Nelly) from the album Suit.
4. "3 Kings" (Slim Thug).
5. "Say I" (Christina Milian).
6. "Bang Bang" (Young Buck), from the album Straight Outta Cashville.
7. "Diamonds" (Fabolous).
8. "Go Getta" (U.S.D.A.), from the album Young Jeezy Presents USDA: "Cold Summer" The Authorized Mixtape.
9. "Party Like a Rockstar" (Shop Boyz), from the album Rockstar Mentality.
10. "Fully Loaded Clip" (50 Cent), from the album Curtis.
11. "Amusement Park" (50 Cent) from the album Curtis.
12. "My Girl Gotta Girlfriend" (Ray).
13. "Give It To Me (Laugh At Em) Remix" (Timbaland).
14. "Wanksta" (50 Cent), from the album Get Rich or Die Tryin'.
15. "Hustler's Ambition" (50 Cent), from the album Get Rich or Die Tryin' (music from the motion picture).
16. "Window Shopper" (50 Cent), from the album Get Rich or Die Tryin' (music from the motion picture).
17. "Talk About Me" (50 Cent), from the album Get Rich or Die Tryin' (music from the motion picture).
18. "Like Dat" (Stat Quo).
19. "Playboy" (Lloyd Banks), from the album The Hunger for More.
20. "Grew Up a Screw Up" (Ludacris), from the album Release Therapy.
21. "Play" (David Banner).
22. "Ain't Got Nothin" (David Banner).
23. "Westside" (David Banner).
24. "Gangsta Walk" (David Banner), from the album Certified.
25. "On Everything" (David Banner), from the album Certified.

26. "Certified" (David Banner), from the album Certified.
27. "So Sexy" (Olivia).
28. "So Amazing" (50 Cent), from the album The Massacre.
29. "Jimmy Mathis" (Bubba Sparxxx), from the album Deliverance.
30. "Trap or Die" (Young Jeezy).
31. "Jesus Walks" (Kanye West), from the album The College Dropout.
32. "Welcome to the South" (Young Buck).
33. "Turn It Up" (Chamillionaire), from the album The Sound of Revenge.
34. "Talking That Talk" (Chamillionaire), from the album The Longest Yard (music from the motion picture).
35. "Touch It" (feat. Lloyd Banks, Mary J. Blige, Papoose, et al.) (Busta Rhymes), from the album Touch It Remixes.
36. "What It Is" (U.S.D.A.), from the album Young Jeezy Presents USDA: "Cold Summer" The Authorized Mixtape.
37. "I'm the Realest" (Young Jeezy), from the album The Inspiration.
38. "Grillz" (Nelly).
39. "Oh No" (Snoop Dogg (with 50 Cent)), from the album R&G (Rhythm & Gangsta) - The Masterpiece.
40. "Bang Out" (Snoop Dogg (with 50 Cent)), from the album R&G (Rhythm & Gangsta) - The Masterpiece.
41. "Like a Pimp" (David Banner).
42. "Bout It Bout III" (Cam'Ron Presents the Diplomats), from the album Diplomatic Immunity.
43. "Like a Pimp (Remix)" (David Banner), from the album MTA2: Baptized in Dirty Water.

2. BCD's infringements of UMG's copyrights in the 43 Sound Recordings were willful within the meaning of 17 U.S.C. § 504.

3. Deep Distribution Worldwide, Inc., a Texas corporation ("DDW"), for the reasons set forth in the Court's Minute Order dated February 25, 2011 [Docket No. 303], including all of the findings of fact and conclusions of law contained therein, is hereby adjudged to be the alter ego of BCD. Accordingly, for BCD's infringements of UMG's copyrights in the 43 Sound Recordings, UMG shall have and recover from BCD and from DDW, jointly and severally, the total sum of Seven Million Two Hundred Thousand Dollars ($7,200,000.00), consisting of $6,450,000 in statutory damages for 43 counts of willful copyright infringement, and $750,000 in attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

4. BCD and DDW and the agents, servants, employees, officers, successors, licensees and assigns of each of them, and all persons acting in concert or participation with each and any of them, shall be and hereby are forever restrained and enjoined from directly or indirectly infringing in any manner the 43 Sound Recordings.

5. BCD was properly and validly served with the Summons and Complaint in this action, and is subject to the jurisdiction of this Court. DDW, through its managing agents Harold Blakeslee and Shila Mitra, controlled the litigation in this action, such that there are no due process concerns in adding DDW as a Judgment Debtor.

6. Violation of this Amended Judgment for Copyright Infringement and Permanent Injunction will expose BCD and DDW to all penalties provided by law, including for contempt of Court.

7. Nothing contained in this Amended Judgment for Copyright Infringement and Permanent Injunction shall limit the right of UMG to recover damages for any and all infringements by BCD or DDW which occurred after January 26, 2009, the date of the original Judgment in this case.

///
///
///
///
///

1  8. The Court shall maintain continuing jurisdiction over this action for the purpose of
2  enforcing this Amended Judgment for Copyright Infringement and Permanent Injunction and the
3  settlement agreement between UMG and BCD.

5  IT IS SO ORDERED.

7  Dated: October 6, 2011.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE