Brian J. Wagner #239981
brian.wagner@kutakrock.com
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA  92614-8595
Telephone: (949) 417-0999
Facsimile:  (949) 417-5394

Attorneys for Plaintiff
UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BCD MUSIC GROUP, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:07-cv-05808 SJO (FFMx)<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>**No Hearing Requested**<br><br>Complaint filed:  September 6, 2007 |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore, Judgment in favor of Plaintiff, UMG RECORDINGS, INC., and against Defendants BCD MUSIC GROUP, INC. and DEEP DISTRIBUTION WORLDWIDE, INC. entered on January 26, 2009, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a.  Total judgment                                                          $7,200,000.00

|   |   |   |
|---|---|---|
| b. | Costs after judgment | $0.00 |
| c. | Subtotal | $7,200,000.00 |
| d. | Credits after judgment | $0.00 |
| e. | Subtotal (*subtract d from c*) | $7,200,000.00 |
| f. | Interest after judgment (2.25% per annum) | $9,143,013.51 |
| g. | Fee for filing renewal application | $0.00 |
| h. | **Total renewed judgment** (*add e, f and g*) | $16,343,013.51 |

Dated: October 6, 2021        Clerk, by *Sharon Hall Brown*